IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**DERWIN L. ISAAC,**

    Plaintiff,

v.                                              Civil Action No. **3:14CV673**

**MIKE PHILLIPS, *et al.*,**

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 17, 2014, the Court conditionally docketed Petitioner's action. On November 25, 2014, the United States Postal Service returned the November 17, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                           /s/
                                           James R. Spencer
Date: 12-10-14                     Senior U. S. District Judge
Richmond, Virginia